IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
RICHARD W. NAGEL
CLERK OF COURT
2017 AUG 30 AM 9: 13
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | : | CASE NO. 3:17mj395 |
| SEALED DOCUMENT | : | |
| | : | ORDER SEALING APPLICATION, SEARCH WARRANT, SUPPORTING AFFIDAVIT AND |
| | : | RETURN |

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return for captioned Search Warrant be sealed and kept from public inspection until further Order of this Court.

__8/30/17__
DATE

__Michael N_____
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE